# Labaton Sucharow

Serena P. Hallowell
Partner
212 907 0815 direct
212 907 0700 main
212 883 7515 fax
shallowell@labaton.com

New York Office
140 Broadway
New York, NY 10005

June 18, 2020

**VIA ECF**

The Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: *The Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals International Inc., et al*, No. 17-cv-07625 (MAS) (LHG); *Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds v. Valeant Pharmaceuticals International Inc., et al*, No. 19-cv-18473 (MAS) (LHG); *Delaware Public Employees' Retirement System v. Valeant Pharmaceuticals International Inc., et al*, No. 19-cv-18475 (MAS) (LHG)

Dear Judge Shipp:

On behalf of plaintiffs in the above-referenced actions, we respectfully submit the enclosed Stipulation of Dismissal with counsel for defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro, dismissing the referenced actions with prejudice.

Respectfully submitted,

Serena P. Hallowell

Enclosure

cc: All Counsel of Record (via ECF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>3:17-cv-07625<br>3:19-cv-18473<br>3:19-cv-18475 | Civil Action No. 15-cv-07658-MAS-LHG<br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master, Judge Dennis M. Cavanaugh, Ret. |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Office of the Treasurer as Trustee for the State of Connecticut Retirement Plans and Trust Funds, Public Employees' Retirement System of Mississippi, and Delaware Public Employees' Retirement System, and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned actions with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: June 18, 2020

| **MCCARTER & ENGLISH, LLP** | **LABATON SUCHAROW LLP** |
|---|---|
| */s/ Richard Hernandez* | */s/ Serena P. Hallowell* |
| Richard Hernandez | Serena P. Hallowell |
| Four Gateway Center | SHallowell@labaton.com |
| 100 Mulberry Street | 140 Broadway |
| Newark, New Jersey 07102 | New York, NY 10005 |
| Telephone: (973) 848-8615 | Telephone: (212) 907-0815 |
| Fax: (973) 297-6615 | Fax: (212) 883-7515 |
| | |
| *Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro* | *Attorney for the Plaintiffs Office of the Treasurer as Trustee for the State of Connecticut Retirement Plans and Trust* |

**SIMPSON THACHER & BARTLETT LLP**

*/s/ Craig S. Waldman*
Paul C. Curnin
PCurnin@stblaw.com
Craig S. Waldman
CWaldman@stblaw.com
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

**DEBEVOISE & PLIMPTON LLP**

*/s/ Matthew Petrozziello*
Matthew Petrozziello
Bruce E. Yannett
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Attorneys for J. Michael Pearson*

**COOLEY LLP**

*/s/ William J. Schwartz*
William J. Schwartz
Sarah Lightdale
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Attorneys for Tanya Carro*

*Funds, Public Employees' Retirement System of Mississippi, and Delaware Public Employees' Retirement System*

**KASOWITZ BENSON TORRES LLP**

*/s/ Stephen W. Tountas*
Stephen W. Tountas
STountas@kasowitz.com
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1739
Fax: (973) 643-2030

*Attorney for the Plaintiff Public Employees' Retirement System of Mississippi*

**WINSTON & STRAWN LLP**

*/s/ Benjamin Sokoly*
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling
Joseph L. Motto
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Howard B. Schiller*


SO ORDERED this _____ day of _____, 2020


_____
Honorable: