# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-cv-07658-MAS-LHG <br><br> **CERTIFICATE OF SERVICE** |
| THIS DOCUMENT RELATES TO: <br> 17-cv-07625 <br> 19-cv-18473 <br> 19-cv-18475 | |

      The undersigned, an attorney, certifies that on this 18th day of June, 2020, copies of the foregoing Stipulation of Dismissal were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Stephen W. Tountas*
                                          Stephen W. Tountas
                                          KASOWITZ BENSON TORRES LLP
                                          One Gateway Center
                                          Suite 2600
                                          Newark, NJ 07102
                                          Tel: (973) 645-9462
                                          Fax: (973) 643-2030
                                          stountas@kasowitz.com

Dated: June 18, 2020